

LANCE J. GOTKO
lgotko@fklaw.com
212.833.1115

May 7, 2019

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Bedly, Inc. v. Bungalow Living, Inc., et al.,*
     <u>Case No. 1:18-cv-05739-LGS-KNF</u>

Dear Judge Schofield:

  We represent defendant Bungalow Living, Inc., and make this letter motion requesting that the initial conference in this action, now scheduled for May 16, 2019, be adjourned to May 23, 2019. Counsel for all parties consent to this motion.

  After this case was transferred to Your Honor from Judge Sweet's docket, it was set down for an initial conference on May 2, 2019. On May 2, the Court rescheduled the conference to May 16, 2016. I am making this motion because I will be out of town on May 16. No prior request for adjournment has been made of the initial conference before Your Honor. (A prior joint motion by the parties for adjournment of the initial conference before Judge Sweet was made and granted. That conference, however, was not held due to Judge Sweet's death.)

Respectfully submitted,

Lance J. Gotko

cc: Benjamin D. Weisenberg, Esq. (via ECF)
   Christopher E. Chang, Esq. (via ECF)